UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES SHELBY RASH, individually and as Personal Representative of the Estate of Robert Edward Rash,<br><br>            Plaintiff,<br><br>     v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>            Defendant. | No.: 2:21-cv-01455-RSM<br><br>**ORDER** |

THIS MATTER having come before the Court on Movant Kimberley Anne Rash's Motion for Substitution, and the Court having considered the following pleadings:

1. Notice of Suggestion of Death of Charles Shelby Rash; and
2. Kimberley Anne Rash's Motion for Substitution

And the Court being fully informed, the motion is hereby GRANTED as follows:

(1) Kimberley Anne Rash, individually and as Personal Representative of the Estate of Robert Edward Rash, is substituted in as Plaintiff for the deceased, Charles Shelby Rash, individually and as Personal Representative of the Estate of Robert Edward Rash, and

ORDER - 1
2:21-CV-01455

The Seattle Litigation Group, PLLC
500 Union St., Ste. 510
Seattle, WA 98101
(206) 407-3300 | Fax (206) 407-3097

1  (2) this proceeding will hereafter be captioned "Kimberley Anne Rash, individually and
2  as Personal Representative of the Estate of Robert Edward Rash, Plaintiff, v. Allstate Property
3  and Casualty Insurance Company, a Delaware Corporation, Defendant."

5  DATED this 12th day of January, 2022.

8  RICARDO S. MARTINEZ
9  CHIEF UNITED STATES DISTRICT JUDGE

13 Presented by:

14 */s/ Peter Hawkins*
Peter Hawkins, WSBA #51088
15 Attorney for Movant Kimberley Anne Rash

ORDER - 2
2:21-CV-01455

The Seattle Litigation Group, PLLC
500 Union St., Ste. 510
Seattle, WA 98101
(206) 407-3300 | Fax (206) 407-3097

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the State of Washington that on the date stated below, I caused the foregoing *PROPOSED ORDER* to be served on the following parties:

| | |
|---|---|
| **Bryan J. Case**<br>**Gavin W. Skok**<br>**Laura P. Hansen**<br>Fox Rothschild LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>*Attorneys for Defendants*<br>gskok@foxrothschild.com<br>bcase@foxrothschild.com<br>lhansen@foxrothschild.com | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☒ Via U.S. Mail/Commercial Post<br>☒ Via Electronic Filing/Eservice<br>☐ Via Hand-Delivery |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 12th day of January 2022.

**SEATTLE LITIGATION GROUP, PLLC**

*/s/ Jaclyn Templin*
Jaclyn Templin
Paralegal

ORDER - 3
2:21-CV-01455

The Seattle Litigation Group, PLLC
500 Union St., Ste. 510
Seattle, WA 98101
(206) 407-3300 | Fax (206) 407-3097