UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLEY ANNE RASH, individually and as Personal Representative of the Estate of Robert Edward Rash,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a Delaware Corporation,<br>　　　　　　Defendant. | No.: 2:21-cv-01455-RSM<br><br>ORDER **GRANTING** LEAVE TO FILE AMENDED COMPLAINT |

THIS MATTER having come before the Court on Plaintiff Kimberley Ann Rash's Motion for Leave to File Amended Complaint, and the Court having considered the following pleadings:

1. Plaintiff's Motion for Leave to File Amended Complaint with attached proposed First Amended Complaint;

2. Defendant's Response, if any; and

3. Plaintiff's Reply, if necessary.

And the Court being so fully informed, the motion is hereby GRANTED.

//

//

ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT - 1
2:21-CV-01455

The Seattle Litigation Group, PLLC
500 Union St., Ste. 510
Seattle, WA 98101
(206) 407-3300 | Fax (206) 407-3097

1   DATED this 3rd day of February, 2022.

4   RICARDO S. MARTINEZ
5   CHIEF UNITED STATES DISTRICT JUDGE

10  Presented by:

12  Joseph D. Gehrke, WSBA No. 47474
    Attorney for Plaintiff

ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT - 2
2:21-CV-01455

The Seattle Litigation Group, PLLC
500 Union St., Ste. 510
Seattle, WA 98101
(206) 407-3300 | Fax (206) 407-3097